**Samuel Robert QUEEN, Jr., Petitioner-Appellant,**

v.

**Conrad GRABER, Respondent-Appellee.**

No. 16-35154

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2017 *

Filed July 3, 2017

ed by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Samuel Robert Queen, Jr., Pro Se

Natalie K. Wight, Assistant U.S. Attorney, Kelly A. Zusman, Assistant U.S. Attorney, DOJ-USAO, Portland, OR, for Respondent-Appellee

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

**MEMORANDUM ***

Federal prisoner Samuel Robert Queen, Jr., appeals pro se from the district court's order denying his motion for reconsideration of the court's order dismissing his 28 U.S.C. § 2241 habeas petition for failure to prosecute. We dismiss.

In denying Queen's motion for reconsideration, the district court granted Queen leave to file an amended petition within 30 days. Rather than filing an amended petition, Queen immediately filed a notice of appeal. Because the district court's order denying Queen's motion for reconsideration granted Queen leave to amend his petition, the order was not a final decision and we lack jurisdiction over this appeal. *See* 28 U.S.C. § 1291; *WMX Techs., Inc. v. Miller,* 104 F.3d 1133, 1135-37 (9th Cir. 1997) (en banc) (when a district court expressly grants leave to amend, it is plain that the order is not final).

The Clerk is directed to send a courtesy copy of this decision directly to the chambers of the Honorable Ann L. Aiken.

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.